UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

M&K IMPORTS, LLC,
          Plaintiff,

v.

CHRISTOPHER LISTO and LAMESA
FUNDING, LLC,
          Defendants.

--------------------------------------------------------------x

**ORDER**

25 CV 485 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/25

      In light of plaintiff counsel's letter of May 21, 2025 (Doc. #15), defendants' deadline to answer, move, or otherwise respond to the complaint is extended to June 15, 2025.

      Defendants are advised that defendant Listo may proceed in this case pro se, but defendant LaMesa Funding LLC must be represented by counsel.

      Plaintiff's counsel is directed to send this order via email to defendants by close of business today, May 22, 2025, and to file a letter on the docket certifying that he has done so.

Dated: May 22, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge