USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
M&K IMPORTS, LLC,
                Plaintiff,

v.

CHRISTOPHER LISTO and LAMESA
FUNDING, LLC,
                Defendants.
--------------------------------------------------------------x

**ORDER**

25 CV 485 (VB)

Copies Mailed/Faxed 6-17-25
Chambers of Vincent L. Briccetti

    On June 12, 2025, defendant Christopher Listo appeared in this case pro se and filed an answer to plaintiff's complaint. (Docs. ## 19, 20). However, defendant LaMesa Funding, LLC, did not answer, move, or otherwise respond to the complaint.

    In this Court's prior order of May 22, 2025, defendants were advised that defendant Listo may proceed in this case pro se but defendant LaMesa Funding, LLC, must be represented by counsel. (Doc. #17). Moreover, defendant Listo, proceeding pro se, cannot represent defendant LaMesa Funding, LLC.

    Accordingly, the deadline for defendant LaMesa Funding, LLC, to answer, move, or otherwise respond to the complaint is sua sponte extended to **July 17, 2025**.

    Defendants are advised that, in the event LaMesa Funding, LLC, does not obtain counsel and does not comply with the revised deadline to answer, move, or respond, these failures may be grounds for a default judgment.

    By June 18, 2025, plaintiff's counsel shall send this order via email to defendants and file a letter on the docket certifying that he has done so.

Dated: June 17, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge