UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M&K IMPORTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REJUVENEDA MEDICAL GROUP, INC. dba REGENEVEDA, THOM E. LOBE, PATRICK D. CROCKER, and CROCKER LAW FIRM PLLC aka CROCKER & CROCKER,<br><br>Defendants. | ~~[PROPOSED]~~ DEFAULT JUDGMENT AS TO LAMESA FUNDING, LLC<br><br>Case No. 7:22-cv-02606 (VB) |
| M&K IMPORTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LISTO and LAMESA FUNDING, LLC,<br><br>Defendants. | Case No. 7:~~24~~ 25-cv-00485 (VB) |

WHEREAS, On January 16, 2025, Plaintiff M&K Imports, LLC ("Plaintiff") commenced an action bearing Case No. 7:25-cv-00485 against Defendants Christopher Listo ("Listo") and LaMesa Funding, LLC ("LaMesa");

WHEREAS, on February 25, 2026, Case No. 7:25-cv-00485 was consolidated with Case No. 7:22-cv-2606;

WHEREAS, on May 19, 2026, LaMesa's counsel filed a motion to withdraw as counsel on behalf of LaMesa;

WHEREAS, on June 5, 2026, the Court entered an order granting the withdrawal of LaMesa's counsel, and specifically advised LaMesa that as a corporation it could not appear in court *pro se*, that failure to retain counsel could result in a default judgment against LaMesa, and that any counsel for LaMesa must appear at the final pretrial conference scheduled for August 26, 2026;

WHEREAS, following the Court's June 5, 2026 order, no counsel appeared on behalf of LaMesa;

WHEREAS, at the August 26, 2026 final pretrial conference, no counsel appeared on behalf of LaMesa;

WHEREAS, on August 26, 2026, at the final pretrial conference, the Court noted LaMesa's lack of counsel despite the Court's June 5, 2026 order, reiterated that LaMesa could not proceed pro se, and indicated that Plaintiff could "move ahead with seeking entry of default against LaMesa";

WHEREAS; on August 31, 2026, this case proceeded to trial before a jury, Hon. Vincent L. Briccetti, USDJ presiding, without LaMesa participating; and

WHEREAS, on September 16, 2026, the Clerk of Court issued a Clerk's Certificate of Default as to LaMesa.

**NOW,** therefore, upon the Motion of Thompson Hine LLP, attorneys for Plaintiff M&K Imports LLC, it is hereby

1. **ORDERED, ADJUDGED AND DECREED** that Plaintiff M&K Imports LLC, having an address at 53 Elm Drive, Millbrook, New York 12545, shall have judgment against and

do recover from Defendant LaMesa Funding, LLC, having an address at 8 The Green, Suite R, Dove, Delaware 19901, the sum of Six Million Two Hundred Thousand Dollars ($6,200,000), together with interest accruing on said sum per diem at an annual rate of 9% pursuant to Article 50 of the New York Civil Practice Law and Rules ~~(such per diem rate being $1,528.77 per day)~~ VB from January 18, 2022 to the date of entry of judgment in the sum of $ 2,698,273.97; ~~together with costs and disbursements as calculated by the Clerk of the Court in the amount of $______~~; VB for judgment in the total sum of $ 8,898,273.97; and that Plaintiffs have execution therefor; and it is further VB

2. **ORDERED, ADJUDGED AND DECREED** that the judgment detailed in the proceeding paragraph shall be jointly and severally owed by LaMesa and Defendants Rejuveneda Medical Group, Inc. d/b/a Regeneveda ("Regeneveda"), Thom E. Lobe, Patrick D. Crocker, and the Crocker Law Firm PLLC aka Crocker & Crocker, with Plaintiff permitted a sole recover of that judgment amount; and it is further

3. **ORDERED, ADJUDGED AND DECREED** that any recovery by Plaintiff from LaMesa pursuant to this Judgment shall be a credit against the amount owed pursuant to any other Judgment in this case entered against Defendant Regeneveda in favor of Plaintiff; and it is further

4. **ORDERED, ADJUDGED AND DECREED** that for any recovery by Plaintiff from Regeneveda pursuant to any other Judgment in this case, 35.31% of said recovery shall be a credit against the amount owed pursuant to Paragraph 1;

5. **ORDERED, ADJUDGED AND DECREED** that the maximum recovery by Plaintiff from all Defendants in this action, in the aggregate, shall be Seventeen Million Five Hundred Sixty Thousand Dollars ($17,560,000), together with interest, costs and disbursements; and it is further

6. **ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction with respect to all pending matters, including for purposes of enforcing this judgment and any further proceedings the Court may deem necessary with respect to the determination of damages, interest, costs and disbursements; and it is further

7. **ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court is hereby directed to enter Final Judgment and shall forward copies hereof to all Counsel of Record, Defendant *Pro Se* Christopher Listo and LaMesa addressed to LaMesa Funding, LLC c/o Christopher Listo, 31 ~~Ridgefield~~ Ridgeview Avenue, Atlantic Highlands, NJ 07716. VB

SO ORDERED:

Dated: November 18, 2026
White Plains, New York

HON. VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE